MARJORIE DANZIG, Respondent, *v.* COUNTY OF PUTNAM, Appellant, et al., Defendants.

Argued June 14, 1945; decided July 19, 1945.

*Bradford Klock, County Attorney (James Dempsey* of counsel), for appellant.

*Charles I. Sterling* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.